```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 59050
   CHRISTOPHER J SIMMONS
   SAMANTHA F SIMMONS                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-4527    SSN XXX-XX-5419
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 12/27/05.

2. The case was converted to Chapter 7 after confirmation, 04/22/2008.

3. The Debtor paid a total of $ 11921.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 8451.96 | .00 | 4801.98 |
| CITIFINANCIAL | MORTGAGE ARRE | 146.61 | .00 | 53.17 |
| DELL PREFERRED ACCT | SECURED | 700.00 | 44.56 | 373.71 |
| THE SILVERSTONE LAKE CON | SECURED | 1446.42 | .00 | 801.18 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 5805.00 | 798.15 | 2961.73 |
| ASSOCIATES IN PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 623.30 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 822.37 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN COMMUNITY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 182.46 | .00 | .00 |
| NICOR GAS | UNSECURED | 246.25 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 338.40 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 267.82 | .00 | .00 |
| THE CASH STORE LTD | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 892.50 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IN | SECURED | 500.00 | 61.98 | 257.23 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 2314.30 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 523.91 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 332.59 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     17049.99           .00       6543.90           .00       23593.89
PRINCIPAL PAID          9249.00           .00           .00           .00        9249.00
INTEREST PAID            904.69           .00           .00           .00         904.69
TOTAL PAID             10153.69           .00           .00           .00       10153.69
```
The Debtor's attorney, STUART B HANDELMAN            , was allowed $   3732.50
and was paid $     906.00   direct and $   1294.00   through the plan.

The Trustee received $     473.31 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 05 B 59050 CHRISTOPHER J SIMMONS & SAMANTHA F SIMMONS